# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TEVRIZIAN, JR., DICKRAN M | United States District Court | 04/18/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Senior | ☐ Nomination, Date <br> ☐ Initial  ☐ Annual  ☒ Final <br><br> 5b. ☐ Amended Report | 01/01/2007 to 04/18/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Roybal Federal Building <br> 255 E. Temple Street, Ste. 870 <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - Non-Compensated Passive Investor | ███████ Trusts - Attachment "A" |
| 2. Partner - Non-Working | Rialto Investments - Industrial Real Estate, Rialto, CA - Attachment "B" |
| 3. Trustee - Non-Compensated | ███████ Trusts - Attachment "C" |
| 4. Partner - Passive Investor Non-Working | MPRT Realty - Commercial Real Estate - L.A., CA |
| 5. Advisory Director - Non-Compensated | Armenian General Benevolent Union - Charitable Foundation |
| 6. Partner - Passive Investor Non-Working | Majestic Realty Partners - Industrial Real Estate, Atlanta, Georgia - Attachment "B" |
| 7. | |
| 8. Advisory Director - Non-Compensated | Glendale Memorial Hospital Foundation - Charitable Foundation |
| 9. Advisory Director - Non-Compensated | Armenian Center for National & International Studies - Charitable Foundation |
| 10. Advisory Director - Non-Compensated | The Armenian Eye Care Project - Charitable Foundation |
| 11. Advisory Director - Non-Compensated | The University of California at Los Angeles (UCLA) School of Public Policy - Public School |
| 12. | |
| 13. | |
| 14. Advisory Director - Non-compensated | Exceptional Children's Foundation - September, 2003 |

RECEIVED 2007 APR 24 A 9: 45 DISCLOSURE FINANCIAL OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | Paid up single premium life insurance policy with Provident Life Insurance Company purchased 1985 |
| 2. | State of California Judicial Retirement. Fully vested as of August 4, 2003, for state judicial office held 1972 through 1982 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of California Judicial Retirement | $ 16,000.00 |
| 2. 2007 | MPRT Realty | $ 0 |
| 3. 2007 | ███████Trusts - Income Distribution | $ 0 |
| 4. 2007 | ███████Trusts -Management Fees | $ 5,200.00 |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Camelot Carpet Mills, Inc. - Director's Fee |
| 2. 2007 | Town & Country Party Rentals, Inc. |
| 3. 2007 | Pacific Crest Mills, Inc. - Director's Fee |
| 4. 2007 | County of Los Angeles, Los Angeles County Hospital Commission |
| 5. 2007 | Royalty Carpet Mills, Inc. - Director's Fee |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

3. _____     _____

4. _____     _____

5. _____     _____

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prudential Insurance Co. This loan was previously with the Principal Mutual Life Ins. Co. | Investment in Real Property in Atlanta, GA - Majestic/Atlanta Partners. Permanent non- | P2 |
| 2. | recourse financing for an industrial real estate development. The property was refinanced in | |
| 3. | 1999 and the proceeds placed in segregated accounts at Merrill Lynch. | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▆▆▆▆ Inter Vivos Trusts ▆▆▆ 9% | G | Dividend | P2 | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. Rialto Investments, City of Industry 25% | E | Rent | N | W | | | | | See Attachment "B" |
| 6. MPRT Realty, Los Angeles, California 1.098% | A | Interest | J | T | | | | | |
| 7. Town & Country Party Rentals, Pasadena, CA | A | Interest | J | T | | | | | |
| 8. Wells Fargo Bank, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 9. | | | | | | | | | |
| 10. Bank of America, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 11. Smith Barney, I.R.A. Mutual Fund | B | | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. Provident Life Insurance | C | Interest | N | T | | | | | |
| 21. Provident Life Insurance | A | Interest | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. Smith Barney Money Market Account | C | Interest | M | T | | | | | |
| 25. Exxon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 26. Lockheed/Martin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. Louisiana Pacific Corp. Common Stock | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Allied Signal Corp. /Honeywell Common Stock | A | Dividend | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. Seagate Corp. /Veritas Common Stock | A | Dividend | J | T | | | | | |
| 33. Digital Equipment Corp./H.P. Common Stock | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Santa Fe Energy Resources Common Stock | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. Atlantic Richfield/Arco Corp. /B.P. Amoco Common Stock | A | Dividend | J | T | | | | | |
| 38. Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 39. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. 1st Business Bank - Mellon, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 42. General Motors Corp. Common Stock | A | Dividend | J | T | | | | | |
| 43. Eli Lilly & Co. Common Stock | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. Liberty Mutual All Star Fund Mutual Fund | A | Dividend Int | J | T | | | | | |
| 46. Black & Decker Common Stock | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Corp. Common Stock | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. Marathon Group Common Stock | A | Dividend | J | T | | | | | |
| 50. U.S. Steel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 51. Majestic Atlanta Partners 12.5% Real Estate-Atlanta, Georgia | E | Rent | P2 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Texaco Corp. Common Stock | A | Dividend | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. Burlington Northern Santa Fe Common Stock | A | Dividend | J | T | | | | | |
| 55. | | | | | | | | | |
| 56. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 57. Indian Wells, CA - Real Estrate (Pleasure + Investment) 25% | A | Residence | N | W | | | | | |
| 58. Raytheon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 59. Cedars Bank Savings/Checking | E | Interest | N | T | | | | | |
| 60. | | | | | | | | | |
| 61. Devon Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 62. BP Amoco Corp. Common Stock | A | Dividend | J | T | | | | | |
| 63. Compaq Computer Corp. /H.P. Common Stock | A | Dividend | J | T | | | | | |
| 64. Delphi Automotive Corp. Common Stock | A | Dividend | J | T | | | | | |
| 65. Honeywell Corp. Common Stock | A | Dividend | J | T | | | | | |
| 66. Keith Companies Inc. Common Stock | A | Dividend | J | T | | | | | |
| 67. Veritas Software Corp. Common Stock | A | Dividend | J | T | | | | | |
| 68. Walt Disney Company Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ford Motor Company Common Stock | A | Dividend | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. Smith Barney IRA Account (Mutual Fund) Alliance Fund | A | Dividend Int | J | T | | | | | |
| 72. Smith Barney IRA Account (Mutual Fund) John Hancock Fund | A | Dividend Int | J | T | | | | | |
| 73. Merrill Lynch Money Market | C | Interest | O | T | | | | | |
| 74. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 75. MacDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. Rental Property #1, L.A., CA 1122-1128 | F | Rent | O | W | | | | | |
| 79. Rental Property #2, L.A., CA 1102-111B | G | Rent | P1 | W | | | | | |
| 80. Rental Property #3, L.A., CA 1111 | E | Rent | N | W | | | | | |
| 81. | | | | | | | | | |
| 82. Rental Property #5, L.A., CA 1101-1111 | F | Rent | O | W | | | | | |
| 83. Rental Property #6, L.A., CA 1117 | F | Rent | O | W | | | | | |
| 84. Rental Property #7, L.A., CA 1056 | G | Rent | P1 | W | | | | | |
| 85. Bank of America, L.A., CA Savings/Checking | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Soloman Smith Barney Cash Management Account | E | Interest | P1 | T | | | | | |
| 87. Crowell Weedon & Co. Money Market Fund | E | Interest | P1 | T | | | | | |
| 88. Mellon First Business Bank Savings/Checking | D | Interest | N | T | | | | | |
| 89. Abex Corp. Common Stock | A | Dividend | J | T | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. Allied Signal Corp. /Honeywell Common Stock | B | Dividend | M | T | | | | | |
| 93. Allis Chalmers Corp. Common Stock | A | Dividend | J | T | | | | | |
| 94. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 95. Alcoa Common Stock | B | Dividend | L | T | | | | | |
| 96. | | | | | | | | | |
| 97. Arco Atlantic/Richfield/B.P. Amoco Common Stock | B | Dividend | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. AT&T Common Stock | B | Dividend | L | T | | | | | |
| 100. Baldwin Securities Common Stock | A | Dividend | J | T | | | | | |
| 101. Bank of America Common Stock | C | Dividend | M | T | | | | | |
| 102. Baxter Travenol Common Stock | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bell Southern Common Stock | B | Dividend | M | T | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. Burlington Northern Common Stock | D | Dividend | M | T | | | | | |
| 109. Catellus Development/Prologis Trust Common Stock | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. CFI Steel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 112. Dean Witter Morgan Stanley Common Stock | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. Energy Group PLC Common Stock | A | Dividend | J | T | | | | | |
| 115. Exxon Corp. Common Stock | B | Dividend | L | T | | | | | |
| 116. GFC Financial-Finova Common Stock | A | Dividend | J | T | | | | | |
| 117. Fremont General Corp. Common Stock | A | Dividend | J | T | | | | | |
| 118. Hanson Trust Common Stock | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. I.B.M. Common Stock | B | Dividend | M | T | | | | | |
| 121. Imperial Tobacco Group Common Stock | A | Dividend | J | T | | | | | |
| 122. John Hancock Reg. Bank Fund Mutual Fund | C | Dividend Int | M | T | | | | | |
| 123. Koll Real Estate Group Common Stock | A | Dividend | J | T | | | | | |
| 124. Louisiana Pacific Corp. Common Stock | B | Dividend | K | T | | | | | |
| 125. Lucent Technologies Common Stock | A | Dividend | L | T | MERGER NAME CHANGE CVS/CAREMARK | 03/27 | | | |
| 126. Med Partners/Mullikin, Inc. /Caremark Common Stock | A | Dividend | J | T | | | | | |
| 127. MFS Emerging Growth Fund Mutual Fund | B | Dividend Int | M | T | | | | | |
| 128. Millenium Chemicals Common Stock | A | Dividend | J | T | | | | | |
| 129. NCR Corp. Common Stock | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 132. Norfolk & Southern Common Stock | D | Dividend | M | T | | | | | |
| 133. Occidental Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. Pepsico Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Phillips Petroleum Common Stock | A | Dividend | K | T | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. Santa Fe Energy Resources Inc. Common Stock | A | Dividend | J | T | | | | | |
| 141. Sears/Allstate Common Stock | A | Dividend | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. Tejon Ranch Corp. Common Stock | A | Dividend | K | T | | | | | |
| 145. | | | | | | | | | |
| 146. Texaco Common Stock | A | Dividend | J | T | | | | | |
| 147. Textron Corp. Common Stock | A | Dividend | K | T | | | | | |
| 148. Times Mirror Corp./Tribune Corp. Common Stock | B | Dividend | L | T | | | | | |
| 149. | | | | | | | | | |
| 150. Yum Brands Common Stock | A | Dividend | J | T | | | | | |
| 151. Tupperware Corp. Common Stock | A | Dividend | J | T | | | | | |
| 152. | | | | | | | | | |
| 153. U.S. Industries, Inc. Common Stock | A | Dividend | J | T | Sold | 2/9 | J | A | Listed Exchange |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Viad Corp. Common Stock | A | Dividend | J | T | | | | | |
| 155. Waste Management Inc. Common Stock | A | Dividend | J | T | | | | | |
| 156. | | | | | | | | | |
| 157. Imperial Bank Corp./Co-America Common Stock | A | Dividend | | | | | | | |
| 158. U.S. Treasury Bills | D | Interest | N | T | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. Aegon Corp. Common Stock | A | Dividend | K | T | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. Fremont General Common Stock | A | Dividend | J | T | | | | | |
| 169. Illinois Tool Common Stock | A | Dividend | J | T | | | | | |
| 170. Cardinal Health Care Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. First American Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 172. Microsoft Corp. Common Stock | A | Dividend | M | T | | | | | |
| 173. Keith Companies Common Stock | A | Dividend | J | T | | | | | |
| 174. | | | | | | | | | |
| 175. Edwards Life Sciences Inc. Common Stock | A | Dividend | J | T | | | | | |
| 176. BP Amoco Common Stock | B | Dividend | K | T | | | | | |
| 177. Devon Energy Common Stock | A | Dividend | J | T | | | | | |
| 178. Tribune Company Common Stock | B | Dividend | L | T | | | | | |
| 179. CoAmerica Corp. Common Stock | A | Dividend | K | T | | | | | |
| 180. Honeywell Corp. Common Stock | B | Dividend | L | T | | | | | |
| 181. | | | | | | | | | |
| 182. Ford Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 183. Kraft Foods Common Stock | A | Dividend | K | T | | | | | |
| 184. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 185. Smith Barney AG GFD Mutual Fund | C | Dividend Int | M | T | | | | | |
| 186. | | | | | | | | | |
| 187. General Electric Co. Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. Comcast Common Stock | A | Dividend | J | T | | | | | |
| 191. Motorola | A | Dividend | J | T | Sold Partial | 01/04 | J | C | Listed Exchange |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. Safeway | A | Dividend | K | T | | | | | |
| 195. Tarrant Apparel | A | Dividend | J | T | | | | | |
| 196. Tarrant Apparel (Personal) | A | Dividend | J | T | | | | | |
| 197. Masco Corp. Common Stock | B | Dividend | K | T | | | | | |
| 198. U.S. Gypsum (New) Common Stock | A | Dividend | J | T | | | | | |
| 199. Conagra Foods Common Stock | A | Dividend | K | T | | | | | |
| 200. 1st Audi Bank N.Y. Common Stock | A | Dividend | L | T | | | | | |
| 201. 1st Audi Bank N.Y. Personal | A | Dividend | L | T | | | | | |
| 202. Proamerica Bank | A | Dividend | K | T | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 04/18/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Attachment "A" Refers to Sections I, III & VII
Attachment "B" Refers to Sections I, VI & VII
Attachment "C" Refers to Sections I & III

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date 4-18-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**ATTACHMENT A**

# ████████ FAMILY INTER VIVOS TRUSTS

The ████████ Family Inter Vivos Trusts were established by ████████ and his ████████████████ in July of 1965. All of the original trustors have met their demise. For income tax purposes, each of the trusts are required to file fiduciary tax returns and collectively the trusts file a partnership tax return. I have previously submitted a copy of the Trust Agreement with my prior filing for your committee's permanent records. Present trustees are ████████████████████████████████████████████ ████████.

I have a 19% interest as an income beneficiary and remainderman under the terms and conditions of the trust instrument. I have reported my interest in Section VII on the alternative method with reference to the trust assets.

On October 10, 2006, the Trusts sold off odd-lot portions of the securities held and made an in-kind distribution of the remaining securities to the remainderman.

**ATTACHMENT B**

# RIALTO INVESTMENTS

In 1979, I entered into a real estate partnership for the purchase and development of approximately ⬤ acres of industrial land located in the City of Rialto, County of Riverside, State of California. My interest in the partnership is 25%.

On January 3, 1986, the partnership sold approximately 7.152 acres of raw land and realized a net profit of approximately $466,000. The partnership received cash and a note secured by a first deed of trust for the unpaid balance of the purchase price. The sale was consumated prior to the time I entered my duty as a Judge.

The remainder of the real property owned by the partnership is developed with an industrial building.

Currently the partnership receives income from rent on the industrial building.

The note secured by the first deed of trust on the subject property was paid off in March of 1992.

# MAJESTIC/ATLANTA PARTNERS

In early 1993, I entered into a real estate partnership for the purchase and development of approximately ▮▮ acres of industrial land located in Atlanta, Georgia (Westgate Center).

In 1993, the partnership entered into a construction loan with Trust Company of Georgia to finance the land acquisition and cost of constructing a 448,000 square foot industrial building.

The construction loan with Trust Company of Georgia was paid off by obtaining a non-recourse permanent loan from The Principal Mutual Life Insurance Company.

In 1999, the existing non-recourse permanent loan from The Principal Mutual Life Insurance Company was replaced as a result of refinancing the development with a new permanent non-recourse loan from Prudential Insurance Company. The refinancing resulted in equity funds being taken from the loan proceeds which were placed in a segregated account at Cedars Bank and Merrill Lynch. The proceeds were removed from Cedars Bank and placed with Merrill Lynch.

# ATTACHMENT C

# ████████████ INTER VIVOS TRUSTS

I presently serve as Trustee for the ████████████ Inter Vivos Trusts. I have known the trustors, ████████████ since I was 10 ears of age. I am not related by blood or marriage to the ████████ but do and have maintained a close family type relationship with them for over 49 years. The ████████ and I consider our relationship to be one of family. I chose not to receive any compensation as a trustee of the ████████████ Inter Vivos Trusts although the trust agreement authorizes the trustee to receive compensation.

I am of the opinion that my role falls within the exception of Canon 5D. I do not have any beneficial interest in any of the assets of the ████████ Family Inter Vivos Trusts.

The ████████ own 100% of the stock of Royalty Carpet Mills, Inc. Prior to entering upon my duty as a Judge, I resigned as a director of Royalty Carpet Mills, Inc., ████████████ was duly elected to fill the position of corporate director vacated by me.

In July of 1992, Royalty Carpet Mills, Inc. formed an acquisition corporation, Pacific Crest Mills, Inc. as a 100% owned subsidiary company and purchased certain assets of a Pacific Crest Carpet Mills, Inc. and Pacific Dye Concepts, Inc.

In March of 1999, Royalty Carpet Mills, Inc. formed an acquisition corporation, CMI, Inc. as a 100% owned subsidiary company and the subsidiary company purchased certain assets of Camelot Carpet Mills, Inc. After the asset purchase was completed CMI, Inc. changed its corporate name to Camelot Carpet Mills, Inc.

████████████████ serves as secretary and corporate director of Royalty Carpet Mills, Inc., Pacific Crest Mills, Inc. and Camelot Carpet Mills, Inc.

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  TEVRIZIAN, JR., DICKRAN M | 2. Court or Organization  United States District Court | 3. Date of Report  02/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial   ☒ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  Roybal Federal Building  255 E. Temple Street, Ste. 870  Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - Non-Compensated Passive Investor | ██████████ - Attachment "A" |
| 2. Partner - Non-Working | Rialto Investments - Industrial Real Estate, Rialto, CA - Attachment "B" |
| 3. Trustee - Non-Compensated | ████████ Trusts - Attachment "C" |
| 4. Partner - Passive Investor Non-Working | MPRT Realty - Commercial Real Estate - L.A., CA |
| 5. Advisory Director - Non-Compensated | Armenian General Benevolent Union - Charitable Foundation |
| 6. Partner - Passive Investor Non-Working | Majestic Realty Partners - Industrial Real Estate, Atlanta, Georgia - Attachment "B" |
| 7. | |
| 8. Advisory Director - Non-Compensated | Glendale Memorial Hospital Foundation - Charitable Foundation |
| 9. Advisory Director - Non-Compensated | Armenian Center for National & International Studies - Charitable Foundation |
| 10. Advisory Director - Non-Compensated | The Armenian Eye Care Project - Charitable Foundation |
| 11. Advisory Director - Non-Compensated | The University of California at Los Angeles (UCLA) School of Public Policy - Public School |
| 12. | |
| 13. | |
| 14. Advisory Director - Non-compensated | Exceptional Children's Foundation - September, 2006 |

2007 MAR -5 A 11: 29
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | Paid up single premium life insurance policy with Provident Life Insurance Company purchased 1985 |
| 2. | State of California Judicial Retirement. Fully vested as of August 4, 2003, for state judicial office held 1972 through 1982 |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of California Judicial Retirement | $ $48,567.00 |
| 2. 2006 | MPRT Realty | $ 1,000.00 |
| 3. 2006 | ██████Trusts - Income Distribution | $ $85,500.00 |
| 4. 2006 | ██████Trusts -Management Fees | $ $15,600.00 |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Camelot Carpet Mills, Inc. - Director's Fee |
| 2. 2006 | Town & Country Party Rentals, Inc. |
| 3. 2006 | Pacific Crest Mills, Inc. - Director's Fee |
| 4. 2006 | County of Los Angeles, Los Angeles County Hospital Commission |
| 5. 2006 | Royalty Carpet Mills, Inc. - Director's Fee |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

3. _____ _____

4. _____ _____

5. _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prudential Insurance Co. This loan was previously with the Principal Mutual Life Ins. Co. | Investment in Real Property in Atlanta, GA - Majestic/Atlanta Partners. Permanent non- | P2 |
| 2. | recourse financing for an industrial real estate development. The property was refinanced in | |
| 3. | 1999 and the proceeds placed in segregated accounts at Merrill Lynch. | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮▮▮▮ nter Vivos Trusts ▮▮▮▮ 9% | G | Dividend | P2 | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. Rialto Investments, City of Industry 25% | E | Rent | N | W | | | | | See Attachment "B" |
| 6. MPRT Realty, Los Angeles, California 1.098% | A | Interest | J | T | | | | | |
| 7. Town & Country Party Rentals, Pasadena, CA | A | Interest | J | T | | | | | |
| 8. Wells Fargo Bank, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 9. | | | | | | | | | |
| 10. Bank of America, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 11. Smith Barney, I.R.A. Mutual Fund | B | | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. Provident Life Insurance | C | Interest | N | T | | | | | |
| 21. Provident Life Insurance | A | Interest | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. Smith Barney Money Market Account | C | Interest | M | T | | | | | |
| 25. Exxon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 26. Lockheed/Martin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. Louisiana Pacific Corp. Common Stock | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Allied Signal Corp. /Honeywell Common Stock | A | Dividend | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. Seagate Corp. /Veritas Common Stock | A | Dividend | J | T | | | | | |
| 33. Digital Equipment Corp./H.P. Common Stock | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Santa Fe Energy Resources Common Stock | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. Atlantic Richfield/Arco Corp. /B.P. Amoco Common Stock | A | Dividend | J | T | | | | | |
| 38. Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 39. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. 1st Business Bank -Mellon, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 42. General Motors Corp. Common Stock | A | Dividend | J | T | | | | | |
| 43. Eli Lilly & Co. Common Stock | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. Liberty Mutual All Star Fund Mutual Fund | A | Dividend Int | J | T | | | | | |
| 46. Black & Decker Common Stock | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Corp. Common Stock | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. Marathon Group Common Stock | A | Dividend | J | T | | | | | |
| 50. U.S. Steel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 51. Majestic Atlanta Partners 12.5% Real Estate-Atlanta, Georgia | E | Rent | P2 | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Texaco Corp. Common Stock | A | Dividend | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. Burlington Northern Santa Fe Common Stock | A | Dividend | J | T | | | | | |
| 55. | | | | | | | | | |
| 56. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 57. Indian Wells, CA - Real Estate (Pleasure + Investment) 25% | A | Residence | N | W | | | | | |
| 58. Raytheon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 59. Cedars Bank Savings/Checking | E | Interest | N | T | | | | | |
| 60. | | | | | | | | | |
| 61. Devon Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 62. BP Amoco Corp. Common Stock | A | Dividend | J | T | | | | | |
| 63. Compaq Computer Corp. /H.P. Common Stock | A | Dividend | J | T | | | | | |
| 64. Delphi Automotive Corp. Common Stock | A | Dividend | J | T | | | | | |
| 65. Honeywell Corp. Common Stock | A | Dividend | J | T | | | | | |
| 66. Keith Companies Inc. Common Stock | A | Dividend | J | T | | | | | |
| 67. Veritas Software Corp. Common Stock | A | Dividend | J | T | | | | | |
| 68. Walt Disney Company Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ford Motor Company Common Stock | A | Dividend | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. Smith Barney IRA Account (Mutual Fund) Alliance Fund | A | Dividend Int | J | T | | | | | |
| 72. Smith Barney IRA Account (Mutual Fund) John Hancock Fund | A | Dividend Int | J | T | | | | | |
| 73. Merrill Lynch Money Market | C | Interest | O | T | | | | | |
| 74. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 75. MacDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. Cedars Bank Common Stock | A | Dividend | L | T | Sold | 01/30 | M | F | Pacific Western Bank |
| 78. Rental Property #1, L.A., CA | F | Rent | O | W | | | | | |
| 79. Rental Property #2, L.A., CA | G | Rent | P1 | W | | | | | |
| 80. Rental Property #3, L.A., CA | E | Rent | N | W | | | | | |
| 81. | | | | | | | | | |
| 82. Rental Property #5, L.A., CA | F | Rent | O | W | | | | | |
| 83. Rental Property #6, L.A., CA | F | Rent | O | W | | | | | |
| 84. Rental Property #7, L.A., CA | G | Rent | P1 | W | | | | | |
| 85. Bank of America, L.A., CA Savings/Checking | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Soloman Smith Barney Cash Management Account | E | Interest | P1 | T | | | | | |
| 87. Crowell Weedon & Co. Money Market Fund | E | Interest | P1 | T | | | | | |
| 88. Mellon First Business Bank Savings/Checking | D | Interest | N | T | | | | | |
| 89. Abex Corp. Common Stock | A | Dividend | J | T | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. Allied Signal Corp. /Honeywell Common Stock | B | Dividend | M | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 93. Allis Chalmers Corp. Common Stock | A | Dividend | J | T | | | | | |
| 94. Allstate Corp. Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 95. Alcoa Common Stock | B | Dividend | L | T | | | | | |
| 96. | | | | | | | | | |
| 97. Arco Atlantic/Richfield/B.P. Amoco Common Stock | B | Dividend | K | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 98. | | | | | | | | | |
| 99. AT&T Common Stock | B | Dividend | L | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 100. Baldwin Securities Common Stock | A | Dividend | J | T | | | | | |
| 101. Bank of America Common Stock | C | Dividend | M | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 102. Baxter Travenol Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bell Southern Common Stock | B | Dividend | M | T | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. Burlington Northern Common Stock | D | Dividend | M | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 109. Catellus Development/Prologis Trust Common Stock | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. CFI Steel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 112. Dean Witter Morgan Stanley Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 113. | | | | | | | | | |
| 114. Energy Group PLC Common Stock | A | Dividend | J | T | | | | | |
| 115. Exxon Corp. Common Stock | B | Dividend | L | T | | | | | |
| 116. GFC Financial-Finova Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 117. Fremont General Corp. Common Stock | A | Dividend | J | T | | | | | |
| 118. Hanson Trust Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. I.B.M. Common Stock | B | Dividend | M | T | | | | | |
| 121. Imperial Tobacco Group Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 122. John Hancock Reg. Bank Fund Mutual Fund | C | Dividend Int | M | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 123. Koll Real Estate Group Common Stock | A | Dividend | J | T | | | | | |
| 124. Louisiana Pacific Corp. Common Stock | B | Dividend | K | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 125. Lucent Technologies Common Stock | A | Dividend | L | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 126. Med Partners/Mullikin, Inc. /Caremark Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 127. MFS Emerging Growth Fund Mutual Fund | B | Dividend Int | M | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 128. Millenium Chemicals Common Stock | A | Dividend | J | T | | | | | |
| 129. NCR Corp. Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 130. | | | | | | | | | |
| 131. Newmont Mining Corp. Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 132. Norfolk & Southern Common Stock | D | Dividend | M | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 133. Occidental Petroleum Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. Pepsico Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Phillips Petroleum Common Stock | A | Dividend | K | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. Santa Fe Energy Resources Inc. Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 141. Sears/Allstate Common Stock | A | Dividend | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. Tejon Ranch Corp. Common Stock | A | Dividend | K | T | | | | | |
| 145. | | | | | | | | | |
| 146. Texaco Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 147. Textron Corp. Common Stock | A | Dividend | K | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 148. Times Mirror Corp./Tribune Corp. Common Stock | B | Dividend | L | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 149. | | | | | | | | | |
| 150. Yum Brands Common Stock | A | Dividend | J | T | | | | | |
| 151. Tupperware Corp. Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 152. U.S. Gypsum Corp. USG Common Stock | A | Dividend | J | T | Sold | 10/10 | J | A | Listed Exchange |
| 153. U.S. Industries, Inc. Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Viad Corp. Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 155. Waste Management Inc. Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 156. | | | | | | | | | |
| 157. Imperial Bank Corp./Co-America Common Stock | A | Dividend | | | | | | | |
| 158. U.S. Treasury Bills | D | Interest | N | T | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. Aegon Corp. Common Stock | A | Dividend | K | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 165. Seminarsource.com Common Stock | A | Dividend | J | T | Written Off | | | | |
| 166. Dateck.com Common Stock | A | Dividend | J | T | Written Off | | | | |
| 167. | | | | | | | | | |
| 168. Fremont General Common Stock | A | Dividend | J | T | | | | | |
| 169. Illinois Tool Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 170. Cardinal Health Care Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. First American Financial Corp. Common Stock | A | Dividend | K | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 172. Microsoft Corp. Common Stock | A | Dividend | M | T | | | | | |
| 173. Keith Companies Common Stock | A | Dividend | J | T | | | | | |
| 174. Avaya Inc. Common Stock | A | Dividend | J | T | Sold | 10/10 | J | A | Listed Exchange |
| 175. Edwards Life Sciences Inc. Common Stock | A | Dividend | J | T | | | | | |
| 176. BP Amoco Common Stock | B | Dividend | K | T | | | | | |
| 177. Devon Energy Common Stock | A | Dividend | J | T | | | | | |
| 178. Tribune Company Common Stock | B | Dividend | L | T | | | | | |
| 179. CoAmerica Corp. Common Stock | A | Dividend | K | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 180. Honeywell Corp. Common Stock | B | Dividend | L | T | | | | | |
| 181. | | | | | | | | | |
| 182. Ford Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 183. Kraft Foods Common Stock | A | Dividend | K | T | | | | | |
| 184. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 185. Smith Barney AG GFD Mutual Fund | C | Dividend Int | M | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 186. | | | | | | | | | |
| 187. General Electric Co. Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Agere Systems A Common Stock | A | Dividend | J | T | Sold | 10/10 | J | A | Listed Exchange |
| 189. Agere Systms B Common Stock | A | Dividend | J | T | Sold | 10/10 | J | A | Listed Exchange |
| 190. Comcast Common Stock | A | Dividend | J | T | Sold Partial | 10/10 | J | A | Listed Exchange |
| 191. Motorola | A | Dividend | J | T | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. Safeway | A | Dividend | K | T | | | | | |
| 195. Tarrant Apparel | A | Dividend | J | T | | | | | |
| 196. Tarrant Apparel (Personal) | A | Dividend | J | T | | | | | |
| 197. Masco Corp. Common Stock | B | Dividend | K | T | Buy | 06/26 | K | | Listed Exchange |
| 198. U.S. Gypsum (New) Common Stock | A | Dividend | J | T | Buy | 08/01 | J | | Listed Exchance |
| 199. Conagra Foods Common Stock | A | Dividend | K | T | Buy | 02/10 | K | | Listed Exchance |
| 200. 1st Audi Bank N.Y. Common Stock | A | Dividend | L | T | Buy | 06/28 | L | | 1st Audi Bank Offering |
| 201. 1st Audi Bank N.Y. Personal | A | Dividend | L | T | Buy | 06/28 | L | | 1st Audi Bank Offering |
| 202. Proamerica Bank | A | Dividend | K | T | Buy | 12/08 | K | | Proamerica Bank Offering |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 02/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Attachment "A" Refers to Sections I, III & VII
Attachment "B" Refers to Sections I, VI & VII
Attachment "C" Refers to Sections I & III

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date FEB 1, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

ATTACHMENT A

## ████████████████ INTER VIVOS TRUSTS

The ███████████████ Inter Vivos Trusts were established by ████████ and ███████████ and █████ in July of 1965. All of the original trustors have met their demise. For income tax purposes, each of the trusts are required to file fiduciary tax returns and collectively the trusts file a partnership tax return. I have previously submitted a copy of the Trust Agreement with my prior filing for your committee's permanent records. Present trustees are ██████████████████████████████████████████████████████████████ ████████

I have a 19% interest as an income beneficiary and remainderman under the terms and conditions of the trust instrument. I have reported my interest in Section VII on the alternative method with reference to the trust assets.

On October 10, 2006, the Trusts sold off odd-lot portions of the securities held and made an in-kind distribution of the remaining securities to the remainderman.

**ATTACHMENT B**

# RIALTO INVESTMENTS

In 1979, I entered into a real estate partnership for the purchase and development of approximately ██ acres of industrial land located in the City of Rialto, County of Riverside, State of California. My interest in the partnership is 25%.

On January 3, 1986, the partnership sold approximately ██████ acres of raw land and realized a net profit of approximately $466,000. The partnership received cash and a note secured by a first deed of trust for the unpaid balance of the purchase price. The sale was consumated prior to the time I entered my duty as a Judge.

The remainder of the real property owned by the partnership is developed with an industrial building.

Currently the partnership receives income from rent on the industrial building.

The note secured by the first deed of trust on the subject property was paid off in March of 1992.

1

# MAJESTIC/ATLANTA PARTNERS

In early 1993, I entered into a real estate partnership for the purchase and development of approximately ██████ acres of industrial land located in Atlanta, Georgia (Westgate Center).

In 1993, the partnership entered into a construction loan with Trust Company of Georgia to finance the land acquisition and cost of constructing a 448,000 square foot industrial building.

The construction loan with Trust Company of Georgia was paid off by obtaining a non-recourse permanent loan from The Principal Mutual Life Insurance Company.

In 1999, the existing non-recourse permanent loan from The Principal Mutual Life Insurance Company was replaced as a result of refinancing the development with a new permanent non-recourse loan from Prudential Insurance Company. The refinancing resulted in equity funds being taken from the loan proceeds which were placed in a segregated account at Cedars Bank and Merrill Lynch. The proceeds were removed from Cedars Bank and placed with Merrill Lynch.

**ATTACHMENT C**

## ███████████████ INTER VIVOS TRUSTS

I presently serve as Trustee for the ████████████ Inter Vivos Trusts. I have known the trustors, ███████████████████ since I was 10 ears of age. I am not related by blood or marriage to the ████████ but do and have maintained a close family type relationship with them for over 49 years. The ██████████ and I consider our relationship to be one of family. I chose not to receive any compensation as a trustee of the ████████████ Inter Vivos Trusts although the trust agreement authorizes the trustee to receive compensation.

I am of the opinion that my role falls within the exception of Canon 5D. I do not have any beneficial interest in any of the assets of the ██████████████ Inter Vivos Trusts.

The ████████████ 100% of the stock of Royalty Carpet Mills, Inc. Prior to entering upon my duty as a Judge, I resigned as a director of Royalty Carpet Mills, Inc., ████████████████████ was duly elected to fill the position of corporate director vacated by me.

In July of 1992, Royalty Carpet Mills, Inc. formed an acquisition corporation, Pacific Crest Mills, Inc. as a 100% owned subsidiary company and purchased certain assets of a Pacific Crest Carpet Mills, Inc. and Pacific Dye Concepts, Inc.

In March of 1999, Royalty Carpet Mills, Inc. formed an acquisition corporation, CMI, Inc. as a 100% owned subsidiary company and the subsidiary company purchased certain assets of Camelot Carpet Mills, Inc. After the asset purchase was completed CMI, Inc. changed its corporate name to Camelot Carpet Mills, Inc.

██████████████████████ serves as secretary and corporate director of Royalty Carpet Mills, Inc., Pacific Crest Mills, Inc. and Camelot Carpet Mills, Inc.